**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 3:26-CV-02211 |
| | § | |
| IGNICIO CRUZ, | § | |
| | § | |
| Defendant | § | |

## COMPLAINT

Plaintiff United States of America brings this civil action against Defendant Ignicio Cruz to enforce a debt.

## JURISDICTION AND VENUE

1.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1345.

2.     The Court may exercise personal jurisdiction over Defendant Ignicio Cruz because Defendant is an individual residing in the Northern District of Texas.

3.     Venue is proper in this district under 28 U.S.C. § 1391(b) because Defendant resides in this district and a substantial part of the events giving rise to the debt occurred in this district.

## PARTIES

4.     Plaintiff is the United States of America, acting on behalf of the United States Department of Labor, Occupational Safety and Health Administration ("OSHA").

5.      Defendant Ignicio Cruz is an individual who resides in the Northern District of Texas.

**THE DEBT**

6.      On March 10, 2021, OSHA conducted an inspection of Defendant's operations at a job site in Forney, Texas.  *See* Citation and Notification of Penalty, attached as Exhibit A and incorporated by reference.

7.      On or about April 8, 2021, OSHA assessed civil penalties against the Defendant for workplace safety violations under the Occupational Safety and Health Act of 1970, 29 U.S.C. §§ 651 *et seq.*, and its implementing regulations.  *Id.*

8.      Specifically, pursuant to its authority in 29 U.S.C. § 666, OSHA issued one citation with four violations related to (1) employees working in areas where there was a possible danger of head injury from impact, or falling or flying objects, or from electrical shock and burns, who were not protected by protective helmets; (2) employees were not provided with eye and face protection equipment when machines or operations presented potential eye or face injury from physical, chemical, or radiation agents; (3) employees engaged in residential construction activities 6 feet (1.8 m) or more above lower levels were not protected by guardrail systems, safety net systems, personal fall arrest systems, or alternative fall protection measures; and (4) portable ladders were used for access to an upper landing surface and the ladder side rails did not extend at least 3 feet (.9 m) above the upper landing surface to which the ladder was used to gain access.  The penalties for this citation and violations totaled $15,214.00.  *See* Exhibit A, at 6-10.

9.      Defendant owes the United States $26,357.65, which includes a principal amount of $15,214.00, plus administrative fees, penalties (accruing at a rate of 6% per annum), and interest (accruing at a rate of 1% per annum) in the amount of $11,143.65 through May 15, 2026.  *See* Certificate of Indebtedness, attached as Exhibit B and incorporated by reference.

## DEMAND

The United States respectfully requests judgment against Defendant Ignicio Cruz in the amount of $26,357.65.  The United States further requests additional prejudgment interest, prejudgment penalty and administrative fees as allowed by law through the date of judgment, post-judgment interest, its costs of suit and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

By _____
    Doug W. Ray
    State Bar No. 16599200

RAY & WOOD
300 Beardsley Lane, Suite B-100
Austin, Texas 78746
(512) 328-8877 (Telephone)
(512) 328-1156 (Facsimile)
dray@raywoodlaw.com
**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**U.S. Department of Labor**
Occupational Safety and Health Administration
1100 East Campbell Road, Suite 250

Richardson, TX 75081



## Citation and Notification of Penalty

**To**:
Ignicio Cruz
and its successors
331 Yvonne Drive
Rockwall, TX 75032

**Inspection Number**: 1519278
**Inspection Date(s)**: 03/10/2021-03/10/2021
**Issuance Date**:     04/08/2021

**Inspection Site:**
2064 Hartley Drive
Forney, TX 75126

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (972) 952-1330. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

**EXHIBIT A**

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest –** You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**

**Penalty Payment** – Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "**OSHA**" in the Search field and select Search. From **OSHA Penalty Payment Form** search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action –** For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an

**EXHIBIT A**

employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

04/08/2021. The conference will be held by telephone or at the OSHA office located at 1100

East Campbell Road, Suite 250 , Richardson, TX 75081 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

Citation and Notification of Penalty                    Page 4                    OSHA-2

**EXHIBIT A**

**CERTIFICATION OF CORRECTIVE ACTION WORKSHEET**

**Inspection Number: 1519278**

Company Name: Ignicio Cruz
Inspection Site: 2064 Hartley Drive, Forney, TX 75126
Issuance Date: 04/08/2021

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 1100 East Campbell Road, Suite 250 , Richardson, TX 75081.**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                                              Date
_____          _____
Typed or Printed Name                                          Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1519278
**Inspection Date(s):** 03/10/2021 - 03/10/2021
**Issuance Date:** 04/08/2021



## Citation and Notification of Penalty

**Company Name: Ignicio Cruz**
**Inspection Site:** 2064 Hartley Drive, Forney, TX 75126

Citation 1 Item 1    Type of Violation: **Serious**

29 CFR 1926.100(a): Employees working in areas where there was a possible danger of head injury from impact, or falling or flying objects, or from electrical shock and burns, were not protected by protective helmets:

(a) This violation occurred on or about March 10, 2021, at the job-site located at 2064 Hartley Drive, Forney, TX; where employees were doing cornice work at a new residential single-family house and were exposed to head injuries where overhead hazard exists by not wearing hard hats.

Date By Which Violation Must be Abated:                    May 04, 2021
Proposed Penalty:                                                         $3,511.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 6                    OSHA-2

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1519278
**Inspection Date(s):** 03/10/2021 - 03/10/2021
**Issuance Date:** 04/08/2021



**Citation and Notification of Penalty**

**Company Name: Ignicio Cruz**
**Inspection Site:** 2064 Hartley Drive, Forney, TX 75126

Citation 1 Item 2    Type of Violation: **Serious**

29 CFR 1926.102(a)(1): Employees were not provided with eye and face protection equipment when machines or operations present potential eye or face injury from physical, chemical, or radiation agents:

(a) This violation occurred on or about March 10, 2021, at the job site located at 2064 Hartley Drive, Forney, TX 75126; where employees were doing roofing work while using nail guns did not wear eye protection and were exposed to eye injuries.

Date By Which Violation Must be Abated:                      May 04, 2021
Proposed Penalty:                                             $3,511.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1519278
**Inspection Date(s):** 03/10/2021 - 03/10/2021
**Issuance Date:** 04/08/2021



<u>**Citation and Notification of Penalty**</u>

**Company Name: Ignicio Cruz**
**Inspection Site:** 2064 Hartley Drive, Forney, TX 75126

---

<u>Citation 1 Item 3</u>    Type of Violation: **Serious**

29 CFR 1926.501(b)(13): Each employee engaged in residential construction activities 6 feet (1.8 m) or more above lower levels was not protected by guardrail systems, safety net systems, personal fall arrest systems, or an alternative fall protection measure under another provision of paragraph 1926.501(b), nor did the employer demonstrate that it is infeasible or creates a greater hazard to use these systems and develop and implement a fall protection plan which meets the requirements of paragraph (k) of section 1926.502:

This violation occurred on or about March 10, 2021, at the job site located at 2064 Hartley Drive, Forney, TX 75126, where employees were doing roofing work were exposed a fall hazard.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                   May 04, 2021
Proposed Penalty:                                                          $4,096.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 8                          OSHA-2

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 1519278
**Inspection Date(s):** 03/10/2021 - 03/10/2021
**Issuance Date:** 04/08/2021



**Citation and Notification of Penalty**

**Company Name: Ignicio Cruz**
**Inspection Site:** 2064 Hartley Drive, Forney, TX 75126

Citation 1 Item 4    Type of Violation: **Serious**

29 CFR 1926.1053(b)(1): Portable ladders were used for access to an upper landing surface and the ladder side rails did not extend at least 3 feet (.9 m) above the upper landing surface to which the ladder was used to gain access:

(a) This violation occurred on or about March 10, 2021, at the job site located at 2064 Hartley Drive, Forney, TX 75126; where employees doing roofing work and using a Werner 14-feet extension ladders that did not extend 3-feeet above the landing of the roof were exposed to a fall hazard.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                   May 04, 2021
Proposed Penalty:                                                               $4,096.00

_____

**Basil Singh**
Area Director

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 9                    OSHA-2

**EXHIBIT A**

**U.S. Department of Labor**
Occupational Safety and Health Administration
1100 East Campbell Road, Suite 250

Richardson, TX 75081



INVOICE /
DEBT COLLECTION NOTICE

**Company Name: Ignicio Cruz**
**Inspection Site: 2064 Hartley Drive, Forney, TX 75126**
**Issuance Date:  04/08/2021**

**Summary of Penalties for Inspection Number:**    1519278

| | |
|---|---:|
| Citation 1 Item 1, Serious | $3,511.00 |
| Citation 1 Item 2, Serious | $3,511.00 |
| Citation 1 Item 3, Serious | $4,096.00 |
| Citation 1 Item 4, Serious | $4,096.00 |
| **TOTAL PROPOSED PENALTIES:** | **$15,214.00** |

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "**OSHA**" in the Search field and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is: https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to two times.

**EXHIBIT A**

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____          _____

**Basil Singh**                                                                   Date

Area Director

**EXHIBIT A**



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (DOL/OSHA)
<u>CERTIFICATE OF INDEBTEDNESS</u>

Ignicio Cruz
331 Yvonne Drive
ROCKWALL, TX 75032
**SSN: XXX-XX-5280**

**TRFM14599607**

I hereby certify, as part of my duties with the U.S. Department of the Treasury, Bureau of the Fiscal Service, Disbursement and Debt Management (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Department of Labor, Occupational Safety & Health Administration (DOL/OSHA) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the debt owed by Ignicio Cruz, (DEBTOR) to DOL/ OSHA.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of DOL/OSHA based on his/her knowledge at or near the time the events were recorded, including the review of Occupational Safety and Health Administration (OSHA) violations, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of OSHA violations. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from DOL/OSHA.

Upon completion of an investigation covering the DEBTOR's operations on  March 10, 2021, DOL/OSHA issued a Citation and Notice of Penalty against the DEBTOR in the amount of $15,214.00 with an annual interest rate of 1.00% and an annual penalty rate of 6.00%, DOL/OSHA historical records the debt became delinquent on December 8, 2021.  DOL/OSHA referred the delinquent debt to Treasury for collection on March 8, 2022.

On May 7, 2026, Treasury referred the debt to DOJ for litigation and collection in the amount due of $15,214.00. with daily interest of $0.42 and a daily penalty of $2.50.  As of May 15, 2026, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 15,214.00 |
| Interest(@1.00%): | $ 688.03 |
| Penalty (@6.00%): | $ 4,052.13 |
| Admin Fees: | $ 6,403.49 |
| **Total:** | **$ 26,357.65** |

1

**EXHIBIT B**



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (DOL/OSHA)
<u>CERTIFICATE OF INDEBTEDNESS</u>

The balance stated in the debt listed above is current as of May 15, 2026, including any applicable interest, penalties, administrative fees, and Treasury & DOJ fees pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. § 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by DOL/OSHA and information contained in Treasury's records.



Natalie R. Stubbs
X

Digitally signed by Natalie R. Stubbs
Date: 2026.05.15 11:58:08 -04'00'

Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service
Date: 5/15/2026

2

**EXHIBIT B**